UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| APPROXIMATELY FOUR MILLION, EIGHT HUNDRED TWENTY-NINE THOUSAND, FIVE HUNDRED EIGHTY DOLLARS AND NO CENTS ($4,829,580.00) FROM PIRAEUS BANK S.A. ACCOUNT GR8101721030005103113095476 IN THE NAME OF SANDRINE MERDJANI, | ) | |
| | ) | |
| Defendant. | ) | |

**VERIFIED COMPLAINT OF FORFEITURE**

COMES NOW, Plaintiff, the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Phillip J. Voss, Assistant United States Attorney for said District, and for its Verified Complaint for Forfeiture states as follows:

**NATURE OF THE ACTION**

1. This is a civil action *in rem* brought by the United States of America seeking forfeiture of all right, title, and interest in the above-captioned defendant property pursuant Title 18, United States Code, Section 981(a)(1)(C).

2. The following defendant property is described more fully as:

a. Approximately $4,829,580.00 from Piraeus Bank S.A. account GR8101721030005103113095476 in the name of Sandrine Merdjani;

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to Title 28, United States Code, Sections 1345, 1355, and 1395.

4. Venue is proper pursuant to Title 28, United States Code, Section 1355(b)(1)(A) because the acts and omissions giving rise to forfeiture took place in the Eastern District of Missouri.

## STATUTORY FRAMEWORK

5. Title 18, United States Code, Section 1343 criminalizes devising or intending to devise any scheme or artifice to defraud, or to obtain money or property by means of false or fraudulent pretenses, representations or promises, transmitted through means of wire. This includes the transmission of funds in interstate and foreign commerce.

6. Pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1343 is subject to civil forfeiture.

## FACTS GIVING RISE TO THE FORFEITURE

7. On, or about, November 11, 2024, the Senior Vice President and Chief Accountant Officer of Ascension Health Alliance ("Ascension"), a company based in St. Louis, Missouri, was contacted by an imposter posing as an attorney from an external law firm that regularly works for the company.

8. The imposter, who purported to be acting at the direction of Ascension's Chief Executive Officer (CEO), instructed the Chief Accountant Officer to initiate a wire transfer to an account, GR8101721030005103113095476, at Piraeus Bank S.A.

9. The imposter falsely claimed that the payment was related to a matter that was attorney-client privileged and said that no further details could be disclosed.

10. On November 12, 2024, Ascension wire transferred $4,829,580.00 in U.S. dollars from Bank of New York Mellon. Multiple emails were exchanged between the imposter and Ascension regarding the fraudulent wire transfer.

11. Later in the day, on November 12, 2024, the company's Associate General Counsel and Deputy Treasurer reviewed the request and discovered the CEO had no knowledge of the transfer and had never authorized it.

12. Investigators were able to confirm the funds were fraudulently transferred and then frozen in the Piraeus Bank account.

***COUNT ONE – FORFEITURE***

**18 U.S.C. § 981(a)(1)(C)**

13. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 12 above as if fully set forth herein.

14. The defendant property was proceeds of wire fraud where, by means of false or fraudulent pretenses, funds were illegally obtained from Ascension.

15. Based on the foregoing, the defendant property is subject to forfeiture, pursuant to Title 18, United Stated Code, Section 981(a)(1)(C) as property that constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1343.

**PRAYER FOR RELIEF**

WHEREFORE, the United States of America prays that a Warrant for Arrest be issued in rem for the defendant property and the defendant property be condemned and forfeited to the United States of America, in accordance with the provisions of law; and that the United States of

America be awarded its costs in this action, and have such other relief as provided by law and the nature of the case may require.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Phillip J. Voss*

PHILLIP J. VOSS, #6317069(IL)
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Telephone: (314) 539-2200
Phillip.Voss@usdoj.gov